44324. TRULUCK v. FUNDERBURK.

QUILLIAN, Judge. This is an appeal from the granting of a summary judgment for the defendant in a malpractice case. The ultimate fact for determination is whether the defend-

ant's services were performed in an ordinarily skillful manner. *Ga. Northern R. Co. v. Ingram,* 114 Ga. 639, 640 (40 SE 708). This question can only be decided, except in a few extreme circumstances, upon the expert opinion and testimony given by physicians. *Shea v. Phillips,* 213 Ga. 269 (98 SE2d 552).

"While opinion evidence is sufficient in a proper case to present a jury issue and thus preclude a summary judgment, yet the opinion testimony of the ultimate fact to be decided in the case is never sufficient to authorize the grant of a summary judgment." *Harrison v. Tuggle,* 225 Ga. 211 (2) (167 SE2d 395), and *Ginn v. Morgan,* 225 Ga. 192 (167 SE2d 393).

Under the holding in the *Harrison* case the opinion testimony in the case sub judice would not be sufficient to authorize the granting of the defendant's motion for summary judgment. Anything held to the contrary in *Jackson v. Tucker,* 118 Ga. App. 693 (165 SE2d 466), decided prior to the *Harrison* and *Ginn* cases, supra, must yield to those decisions.

*Judgment reversed. Felton, C. J., and Pannell, J., concur.*

ARGUED MARCH 3, 1969—DECIDED APRIL 28, 1969— REHEARING DENIED MAY 21, 1969—

*Reinhardt, Ireland, Whitley & Sims, Tyron Elliott,* for appellant.

*Twitty & Twitty, Whelchel & Whelchel, Hoyt H. Whelchel, Jr.,* for appellee.